Douglas Wilson, Appellee, v. Superb Cleaning and Dyeing Corporation and George Bjelland, Appellants.

Gen. No. 43,143.

Heard in the second division, first district, this court at the October term, 1944; opinion filed May 29, 1945; released for publication June 14, 1945. Ross, Berchem & Schwantes, for appellants; Robert E. Dunne, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.